United States District Court
Southern District of Texas
FILED

FEB 2 0 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
versus § Civil Action B-04-030
§
Jose Antonio Hernandez, Jr. §

Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2. *Venue.* Defendant resides in Cameron County, Texas, and may be served at 454 Willow Lane, Brownsville, TX 78521.

3. *The Debt.* The debt owed the United States is:

| | | |
|---|---|---|
| A. | Principal as of April 10, 1999: | $2,482.06 |
| B. | Interest as of April 10, 1999: | $1,009.92 |
| C. | Administrative fees, costs, penalties | $0.00 |
| D. | Balance due as of April 10, 1999 | $3,491.98 |
| E. | Prejudgment interest accrues at 8.41% per annum from April 10, 1999, being $0.57 per day | |
| F. | The balance is after credits of $0.00 | |
| G. | On September 28, 2000, the United States received from Defendant a payment in the amount of $165.00. On November 1, 2000, the United States received from Defendant another payment in the amount of $165.00. The payments have been applied to reduce the attorney's fees requested. | |
| H. | Attorney's fees of $1,100.00 | |

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest balances shown were correct.

4. *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it. All conditions precedent have been performed or have occurred.

5. *Prayer.* The United States prays for judgment for:

A.  The sums in paragraph 3 plus prejudgment interest through the date of judgment, administrative costs, and post-judgment interest.

B.  Attorney's fees; and

C.  Other relief the court deems proper.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

**YOUR ANSWER OR OTHER RESPONSIVE PLEADING MUST BE FILED WITH THE UNITED STATES DISTRICT CLERK.**

**THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRE THAT YOU SEND US A COPY OF EVERY DOCUMENT YOU FILE WITH THE COURT.**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

> Jose A. Hernandez
> AKA: Jose Antonia Hernandez, Jr.
> AKA: Tony Hernandez
> 454 Willow Ln
> Brownsville, TX 78521
>
> SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 04/10/99.

On or about 12/04/89, the borrower executed promissory note(s) to secure loan(s) of $ 2625.00 from Tascosa National Bank, Amarillo, TX at 8.41 percent interest per annum. This loan obligation was guaranteed by Texas Guaranteed Student Loan Corporation on and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $ 0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 06/10/91, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $ 2798.06 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 07/28/96, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $ 0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---:|
| Principal: | $2482.06 |
| Interest: | $1009.92 |
| Administrative/Collection Costs: | $0.00 |
| Late fees | $0.00 |
| Total debt as of 04/10/99: | $3491.98 |

Interest accrues on the principal shown here at the rate of $0.57 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/16/99    Name: Cheryl Adams
                        Title: Loan Analyst
                        Branch: Litgation Branch

EXHIBIT A