United States District Court
Southern District exas
FILE

MAR 0 1 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action  B-04-030 |
| | § | |
| Jose Antonio Hernandez, Jr. | § | |

CERTIFICATE OF INTERESTED PERSONS

The United States of America hereby files its Certificate of Interested Persons.

1.    Plaintiff:    United States of America

2.    Defendant:    Jose Antonio Hernandez, Jr.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading

was served on defendant along with a copy of the Court's Order for Conference and Disclosure

of Interested Parties by regular mail on this __26th__ day of __February__ , 2004.

_____