United States District Court
Southern District of Texas
FILED

APR 0 1 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-030 |
| Jose Antonio Hernandez, Jr. | § | |

## MOTION FOR CONTINUANCE AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for April 7, 2004.

1. The United States has just obtained service on the defendant. Private process server states he served defendant last Thursday, March 25, 2004 by sub service to defendant's mother. Return will be filed back with the court soon.

The United States requests that the pretrial conference be reset until at date after the defendant has filed an answer or other responsive pleading.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this _30th_ day of _March_, 2004 in accordance with the Federal Rules of Civil Procedure.

_[signature]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-030 |
| Jose Antonio Hernandez, Jr. | § | |

## ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for April 7, 2004 at 1:30 p.m. is continued until a time to be established by the Court after the defendant files an answer or other responsive pleading.

Signed this ____ day of _____, 2004, at Brownsville, Texas.

_____
United States District Judge