United States District Court
Sou... .strict of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

APR 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| versus | § | Civil Action B-04-030 |
| | § | |
| Jose Antonio Hernandez, Jr. | § | |

## ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for April 7, 2004 at 1:30 p.m. is continued until a ~~time to be established by the Court after the defendant files an answer or other responsive pleading~~ MAY 6, 2004 AT 1:30 P.M.

Signed this 2ND day of APRIL, 2004, at Brownsville, Texas.

_____
United States ~~District~~ Judge
MAGISTRATE