6

B-04CV030

| RETURN OF SERVICE | | United States District Cour<br>Southern District of Texa<br>FILED |
|---|---|---|
| Service of the Summons and Complaint was made by ?<br><br>HAND DELIVERY | Date<br>3/25/2004 AT 4:17PM | APR 0 5 2004<br><br>Michael N. Milby<br>Clerk of Court |
| NAME OF SERVER (PRINT)<br>DAVE ECKSTEIN | Title<br>PROCESS SERVER | |

Check one box below to indicate appropriate method of service

    Served personally upon the defendant. Place where served._____

_____

✓ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then

residing therein. Name of person with whom the summons and complaint were left. _____

MARIA ELENA HERNANDEZ (MOTHER)

_____

    Returned unexecuted:_____

_____

    Other (specify) : _____

_____

_____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained
in the Return of Service and Statement Fees is true and correct.

Executed on ___3/25/04___          _____
            Date                              Signature of Server

Michael N. Milby, Clerk

APR 0 5 2004

RECEIVED
Southern District of Texas
United States District Court

                                    _____
                                    Address of Server