United States District Court
Southern District of Texas
FILED

MAY 0 3 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-04-030 |
| Jose Antonio Hernandez, Jr. | § | |

## MOTION FOR CONTINUANCE AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for May 6, 2004.

1. The United States has sent in a default judgment motion. We are waiting the response from the court at this time. Motion Docket calls for reviewing on May 18, 2004.

The United States requests that the pretrial conference be reset until a date after the court has had time to review pleadings.

                                      Respectfully submitted

                                      BENNETT, WESTON & LaJONE, P.C.

                                      By: _____
                                      J. Michael Weston
                                      Texas Bar No. 21232100
                                      SD Tex. No. 21538
                                      Attorney in Charge
                                      Charles I. Appler
                                      Texas Bar No. 00788995
                                      SD Tex. No. 23055
                                      1750 Valley View Lane, Suite 120
                                      Dallas, Texas 75234
                                      Telephone: (214) 691-1776
                                      FAX:   (214) 373-6810
                                      Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this 30th day of April, 2004 in accordance with the Federal Rules of Civil Procedure.

_____