UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| versus | § § | Civil Action B-04-030 |
| Jose Antonio Hernandez, Jr. | § | |

## ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for May 6, 2004 at 1:30 p.m. is continued until a time to be established by the Court after the court reviews pleading on file.

Signed this 5 day of MAY, 2004, at Brownsville, Texas.

_____
United States ~~District~~ Judge
MAGISTRATE

*United States District Court*
*Southern District of Texas*
*ENTERED*
MAY 0 4 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____