UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action B-04-030 |
| | § | |
| Jose Antonio Hernandez, Jr. | § | |

## DEFAULT JUDGMENT

Jose Antonio Hernandez, Jr. failed to appear in this action after service.

It is adjudged that the United States of America recover from Jose Antonio Hernandez, Jr.:

A.　$3,161.98, plus

B.　Prejudgment interest from November 1, 2000, at $0.57 per day until the date of judgment, plus

C.　Attorney's fees of $820.00 and all costs of court, plus

D.　Post-judgment interest at  1.82 % per annum.

Signed ___June 3___, 2004,

_____
United States District Judge